# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANIKA FRANCIS,** individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**ONE BROOKLYN HEALTH SYSTEM, INC.,**<br><br>　　　　　　Defendant. | Case No. 1:23-cv-04431-DG-PK |

## PLAINTIFF'S NOTICE OF DISMISSAL
## *WITHOUT PREJUDICE* OF COMPLAINT

Plaintiff Anika Francis, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant Backroads *without prejudice*.

Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: July 19, 2023　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/ Jonathan M. Sedgh*
　　　　　　　　　　　　　　　　John A. Yanchunis*
　　　　　　　　　　　　　　　　JYanchunis@forthepeople.com
　　　　　　　　　　　　　　　　**MORGAN & MORGAN**
　　　　　　　　　　　　　　　　**COMPLEX LITIGATION GROUP**
　　　　　　　　　　　　　　　　201 North Franklin Street 7th Floor
　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　T: (813) 223-5505
　　　　　　　　　　　　　　　　F: (813) 223-5402

Jonathan M. Sedgh
JSedgh@forthepeople.com
**MORGAN & MORGAN**
350 Fifth Avenue, Suite 6705
New York, New York 10118
T: (212) 738-6839

*Counsel for Plaintiff and the Class*